THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE HARLEM RIVER AND PORT CHESTER RAILROAD COMPANY, Appellant, *v.* THE STATE BOARD OF TAX COMMISSIONERS, Respondent.

THE CITY OF NEW YORK, Intervening, Respondent.

(Submitted September 27, 1915; decided October 5, 1915.)

MOTION to amend remittitur. (See 215 N. Y. 507.)

Motion granted and remittitur amended so as to provide that only one bill of costs may be taxed by the intervenor, respondent, The City of New York.